UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JEREMY L. DALE, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>STATE OF INDIANA, )<br>)<br>Respondent. ) | No. 2:22-cv-00556-JPH-MJD |

## FINAL JUDGMENT

The Court now enters FINAL JUDGMENT. The petitioner's petition for writ of habeas corpus is dismissed without prejudice.

Date: 12/9/2022

_James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Roger A. G. Sharpe, Clerk of Court

By: _Pam Pope_
Deputy Clerk

Distribution:

JEREMY L. DALE
978604
WABASH VALLEY - CF
WABASH VALLEY CORRECTIONAL FACILITY - Inmate Mail/Parcels
6908 S. Old US Hwy 41
P.O. Box 1111
CARLISLE, IN 47838